# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| JILL KIDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-5101-CV-SW-SRB |
| | ) | |
| WAL-MART REAL ESTATE BUSINESS TRUST, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Motion for Remand. (Doc. #11). Plaintiff Jill Kidwell argues remand is required because the jurisdictional, amount-in-controversy threshold has not been met as necessary to establish diversity jurisdiction. Plaintiff submitted an affidavit in support of her argument attesting that she suffered less than $74,999.00 in damages. (Doc. #11-2). In light of this affidavit, Defendant Wal-Mart, Inc. filed a stipulation as to remand, reserving its right to file for removal in the future if Plaintiff's claimed damages change.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Remand (Doc. #11) is GRANTED. This case is remanded to the Associate Circuit Court of Jasper County, Missouri.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: January 15, 2020